United States District Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 3:22-CR-00009 |
| | § | |
| JOSE JUAN FLORES-MORALES | § | |

## ORDER

Before the court is the defendant's unopposed motion to continue his sentencing hearing by 60 days. Dkt. 15. That motion is **GRANTED**, and the sentencing hearing set for March 29, 2023, is **VACATED**.

Defendant's sentencing is reset for **Tuesday, May 23, 2023**, **at 10:00 a.m.** The PSR is due April 21, 2023. The objections to PSR are due May 5, 2023. The final PSR is due May 19, 2023.

Signed on Galveston Island this 20th day of March, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE